Commonwealth ex rel. Stokes, Appellant, *v.*
Myers.

Submitted September 13, 1965. *Willie Stokes*, appellant, in propria persona; *William G. Klenk, II,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Stokes, Appellant, *v.*
Russell.

Submitted September 13, 1965. *Fred Stokes,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Thompson, Appellant, *v.*
Cavell.

Submitted September 13, 1965. *William R. Thompson,* appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.